KASSRA P. NASSIRI (215405)
ANDREW R. KISLIK (118772)
MICHAEL P. DILLINGHAM (244086)
NASSIRI & JUNG LLP
47 Kearny Street, Suite 700
San Francisco, California 94108
Telephone: (415) 762-3100
Facsimile: (415) 534-3200

THOMAS H. CARLSON
ROGERS JOSEPH O'DONNELL, a PLC
311 California Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 956-2828
Facsimile: (415) 956-6457

Attorneys for Defendant
WARREN HAVENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHANNING JONES, <br><br> Plaintiff, <br><br> v. <br><br> WARREN HAVENS and DOES 1-10, <br><br> Defendants. | Case No. 3:12-cv-01606-JCS <br><br> [~~PROPOSED~~] **FURTHER ORDER RE DEFENDANT WARREN HAVENS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL LIMITED PORTIONS OF ONE DOCUMENT** <br><br> Hon. Joseph C. Spero |

Further to the court's order granting Defendant Warren Havens' Administrative Motion to File Under Seal Limited Portions of One Document IT IS HEREBY ORDERED THAT the Clerk of this Court shall remove from the public file Plaintiff's Motion to Remand (Docket Nos. 9, 10 and 11) and shall keep in the public file, instead, Plaintiff's Corrected Motion to Remand at Docket 21.

Dated: 5/3/12

_____
HON. JOSEPH C. SPERO
MAGISTRATE JUDGE OF
UNITED STATES DISTRICT COURT

3512/001/X140173.v1

- 1 -     Case No. 3:12-cv-01606-JCS

[PROPOSED] ORDER GRANTING DEF.'S ADMIN. MOTION TO FILE UNDER SEAL