1  KASSRA P. NASSIRI (215405)
   ANDREW R. KISLIK (118772)
2  MICHAEL P. DILLINGHAM (244086)
   NASSIRI & JUNG LLP
3  47 Kearny Street, Suite 700
   San Francisco, California 94108
4  Telephone: (415) 762-3100
   Facsimile: (415) 534-3200
5
   THOMAS H. CARLSON
6  ROGERS JOSEPH O'DONNELL, a PLC
   311 California Street, 10th Floor
7  San Francisco, California 94104
   Telephone: (415) 956-2828
8  Facsimile: (415) 956-6457

9  Attorneys for Defendant
   WARREN HAVENS
10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13               SAN FRANCISCO DIVISION

14

15 | CHANNING JONES,                    Case No. 3:12-cv-01606-JCS

16              Plaintiff,              [~~PROPOSED~~] FURTHER ORDER RE
                                        DEFENDANT WARREN HAVENS'
16                                      ADMINISTRATIVE MOTION TO FILE
   v.                                   UNDER SEAL LIMITED PORTIONS OF
17                                      ONE DOCUMENT
   WARREN HAVENS and DOES 1-10,
18                                      Hon. Joseph C. Spero
              Defendants.
19

20          Further to the court's order granting Defendant Warren Havens' Administrative

21 Motion to File Under Seal Limited Portions of One Document IT IS HEREBY ORDERED

22 THAT the Clerk of this Court shall remove from the public file Plaintiff's Motion to Remand

23 (Docket Nos. 9, 10 and 11) and shall keep in the public file, instead, Plaintiff's Corrected Motion

24 to Remand at Docket 21.

25

26 Dated: _____5/3/12_____    _____
                                             HON. JOSEPH C. SPERO
27                                           MAGISTRATE JUDGE OF
                                             UNITED STATES DISTRICT COURT
28 3512/001/X140173.v1

                              - 1 -            Case No. 3:12-cv-01606-JCS
   [PROPOSED] ORDER GRANTING DEF.'S ADMIN. MOTION TO FILE UNDER SEAL